IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEMAL M. FELCIEN,

      Plaintiff,                  CASE#: **8:23-cv-378**

-vs-

NORTH PORT POLICE
DEPARTMENT,

      Defendant.

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW, PLAINTIFF**, **JEMAL M. FELICIEN** ("Plaintiff" or "Felicien") , by and through his undersigned counsel, and hereby sues the **DEFENDANT**, **NORTH PORT POLICE DEPARTMENT** ("Defendant or "NPPD", and in support states:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq., 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

2. Venue is proper in this judicial district under 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. § 1391(b)(1) and (2) as the Defendant is located within and all acts of discrimination occurred in this Judicial Circuit.

### PARTIES

3. Plaintiff is a resident of Hillsborough County, Florida and at all times mentioned herein was employed by the Defendant as a Police Officer, and who is also African American, up and until his unlawful termination on January 24, 2020.

4. Defendant is a state legislative law enforcement agency, established by the City of North Port, with its principal place of operations located at 6193 Hollywood Ave., North Port, Florida 34291.

## GENERAL ALLEGATIONS

5. The Plaintiff was employed by Defendant in October of 2018, after serving as a Sheriff's Deputy for Charlotte County Sheriff's Office.

6. The Plaintiff was subjected to discriminatory treatment from the time he was employed to the time of his unlawful termination on or about January 24, 2020. On or about July 22, 2020 the Plaintiff filed a Charge of Discrimination alleging that the Defendant violated 42 U.S.C. § 2000e, et. seq. and § 760.10 Fla. Stat. See Ex. "A" Charge of Discrimination which is incorporated herein by reference.

7. On November 18, 2022, the EEOC issued a Right to Sue, received by the Plaintiff on or about November 22, 2022. See Ex. "B" Notice of Right to Sue attached hereto. The Plaintiff timely filed within the 90 day period after receipt.

8. The Plaintiff has fulfilled all conditions precedent to the institution of this action.

9. The Plaintiff is obligated to pay the undersigned counsel his reasonable fees, and the Defendant is liable for the same pursuant to Federal and State law.

## COUNT I – VIOLATION OF 1964 CIVIL RIGHTS ACT

10. Plaintiff hereby incorporates Paragraphs 1 thru 9 as if fully set forth herein.

11. Plaintiff sues defendant for violation of Title VII of the Civil Rights Act of 1964.

12. The Defendant has engaged in intentional discrimination in the terms and conditions of Plaintiff's employment, including but not limited to, the Plaintiff's termination as set forth in the attached hereto as Exhibit "A".

13. The Defendant unlawful conduct has caused the Plaintiff to suffer mental and emotional distress, entitling him to compensatory damages pursuant to 42 U.S.C. § 1981a.

14. The Defendant engaged in discriminatory practices with malice and reckless indifference to the Plaintiff's federally protected rights, thereby entitling him to punitive damages pursuant to 42 U.S.C. § 1981a.

WHEREFORE, PLAINTIFF demands judgement as follows:

a. That the Court order Defendant's to reinstate Plaintiff's employment;

b. That the Court grant full front pay to the Plaintiff;

c. That the Court grant full back pay to the Plaintiff;

d. That the Court grant Plaintiff compensatory damages for the humiliation, emotional distress, and other damages caused by defendant's unlawful actions;

e. That the Court grant Plaintiff punitive damages for the defendant's malicious and reckless indifference;

f. That the Court grant Plaintiff all employment benefits.

g. That the Court grant Plaintff expenses of litigation, including reasonable attorney's fees, pursuant to Title VII, and/or 42 U.S.C. § 1988;

h. That this Court grant Plaintiff a Trial by Jury;

That the Court grant Plaintiff all other relief the Court deems just and proper.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

*/s/Michael T. Robertson*
Michael T. Robertson, Esq.
FBN:0157392
Law Office of Michael T. Robertson, Esq.
2201 Ringling Blvd. Ste. 205
Sarasota, Florida 34237
PH: (941) 365-7220
Email: MTRobertson@lomtr.com
         MTRLaw@outlook.com
Attorney for:  Plaintiff