UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **JEMAL M. FELICIEN**,<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF NORTH PORT**, a Municipal Corporation of the State of Florida,<br><br>    Defendant. | CIVIL ACTION<br>Case No. 8:23-cv-378-SDM-JSS |

## MEDIATION REPORT

In accordance with the mediation order, the mediation occurred on October 16, 2023.

(a)   The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation, each possessed the requisite settlement authority:

   __X__   All individual parties and their respective trial counsel.

   __X__   Designated corporate representatives.

   _N/A_   Required claims professionals.

(b)   The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:

None.

(c)   The result of the mediation:

   X      The action completed settled. Within ten days of the mediation, lead counsel must notify the court of the settlement by filing a notice or memorandum of agreement signed by the parties and the mediator.

Comments:

_____   The action partially resolved. Within ten days of the mediation, lead counsel must file a joint stipulation resolving the settled claims. The following issues remain:

Comments:

_____   The action neither settled nor failed to settle.

Comments:

_____   The action failed to settle.

Comments:

Reported on October 16, 2023.

*/s/ Robert C. Shearman, Esq.*
Robert C. Shearman, Esq.
Florida Bar No: 614025
All Florida Mediation
410 Keenan Avenue
Fort Myers, FL 33919-3120
bobshearman@allfloridamediation.net

cc:   Counsel of Record (via CM/ECF)

Page **2** of **2**